IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES GREGORY MORRIS, #39490-177, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) ) | 3:24-CV-2218-G-BT |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Liberally construing the plaintiff's post-recommendation filings, *see* docket entries 14-16, as objections, the court reviewed *de novo* those portions of the findings, conclusions, and recommendation to which objection was made and reviewed the remaining findings, conclusions, and recommendation for plain error. Finding no error, the undersigned District Judge is of the opinion that the findings and conclusions of the Magistrate Judge are correct and are accepted as the findings and conclusions of the court. By separate judgment, the plaintiff's case will be **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED**.

April 30, 2025.

_____
**A. JOE FISH**
**Senior United States District Judge**